**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CIVIL ACTION NO. 3:06CV-591-H**

| | | |
|---|---|---|
| **CHURCHILL DOWNS INCORPORATED;** | ) | |
| **ARLINGTON PARK RACECOURSE, LLC;** | ) | |
| **CALDER RACE COURSE, INC.;** | ) | |
| **TROPICAL PARK, INC.; CHURCHILL** | ) | |
| **DOWNS LOUISIANA HORSERACING** | ) | |
| **COMPANY, L.L.C. AND HOOSIER PARK,** | ) | |
| **L.P.** | ) | |
| | ) | ELECTRONICALLY FILED |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **AGREED ORDER OF DISMISSAL** |
| | ) | |
| **ODS TECHNOLOGIES, L.P., d/b/a** | ) | |
| **TELEVISION GAMES NETWORK** | ) | |
| | ) | |
| **Defendant.** | ) | |

Plaintiffs Churchill Downs Incorporated; Arlington Park Race Course, LLC; Calder Race Course, Inc.; Tropical Park, Inc.; Churchill Downs Louisiana Horseracing Company, LLC and Hoosier Park, LP (collectively "Churchill Downs"), and defendant ODS Technologies, LP d/b/a Television Games Network (collectively "TVG"), having agreed as follows:

IT IS ORDERED that this action and all claims between these parties are DISMISSED WITHOUT PREJUDICE, with each party bearing his or its own court costs and attorneys' fees.

**Agreed to by:**

TACHAU MEEK PLC

s/ Katherine E. McKune
David Tachau
Katherine E. McKune
2400 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202-3115
Phone:  (502) 238-9900
Telecopy:  (502) 238-9910
dtachau@tachaulaw.com
kmckune@tachaulaw.com

*Counsel for Plaintiffs*

HOGAN & HARTSON, L.L.P.

/s/ Amy M. Gallegos (by permission)
Richard L. Stone
Kenneth D. Klein
Amy M. Gallegos
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Phone:  (310) 785-4600
Telecopy:  (310) 785-4601

DINSMORE & SHOHL L.L.P.
Jon L. Fleischaker
Mary Ross Terry
1400 PNC Plaza
500 W. Jefferson Street
Louisville, Kentucky 40202
Phone:  (502) 540-2319
Telecopy:  (502) 585-2207

*Counsel for Defendant*

2